UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MANUEL REQUENA,<br><br>Defendant. | Case No. 1:18-cr-00175-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

In July, the Court denied Defendant Jesus Requena's motion for compassionate release. Dkt. 145. The Court determined that Mr. Requena failed to meet his burden of demonstrating extraordinary or compelling reasons for his release and that the § 3553(a) factors did not support release. Particularly important, when applying the § 3553(a) factors, the Court concluded that "serving less than half of the imposed sentence is not sufficient to adequately deter Mr. Requena from engaging in further crimes or to protect the public from those further crimes." *Id.* at 13.

Mr. Requena has now filed a motion for reconsideration. Dkt. 147. But the motion argues entirely towards the extraordinary and compelling reasons standard. Mr. Requena does not offer any argument or evidence that would cause the Court

**MEMORANDUM DECISION AND ORDER - 1**

to reconsider its conclusion that in his case the § 3553(a) factors weigh against release. Accordingly, Mr. Requena's motion for reconsideration will be denied.[1]

**IT IS ORDERED that:**

1. Defendant's Motion for Reconsideration (Dkt. 147) is **DENIED**.

2. Defendant's Motions for Leave to File (Dkt. 146 & 148) are **DEEMED MOOT**.

DATED: November 7, 2022

B. Lynn Winmill
U.S. District Court Judge

---

[1] Once more, Mr. Requena requests a court appointed public attorney. Dkt. 146 at 1. The Court will deny that request again, for the same reasons given previously. *See* Order, Dkt. 145 at 3-4.

**MEMORANDUM DECISION AND ORDER - 2**